| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

MILDRED TRAHAN, §
§
        Plaintiff, §
§
versus §   CIVIL ACTION NO. 1:06-CV-71
§
MICHAEL J. ASTRUE,[1] §
COMMISSIONER OF SOCIAL §
SECURITY ADMINISTRATION, §
§
        Defendant. §

## MEMORANDUM OPINION ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Court heretofore ordered that this matter be referred to the Honorable Earl S. Hines, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this Court. The Court has received and considered the Report of the United States Magistrate Judge pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report of the United States Magistrate Judge were filed by the parties.

The court concludes that the findings of fact and conclusions of law of the United States Magistrate Judge are correct, and the Report of the United States Magistrate Judge is **ADOPTED**. A Final Judgment affirming the Commissioner's decision will be entered separately.

SIGNED at Beaumont, Texas, this 24th day of October, 2007.

                                          *Marcia A. Crone*
                                          MARCIA A. CRONE
                                          UNITED STATES DISTRICT JUDGE

---

[1] Michael J. Astrue was appointed Commissioner of Social Security Administration on February 12, 2007, and is substituted as a party pursuant to 42 U.S.C § 405(g) and Rule 25(d)(1), Federal Rules of Civil Procedure.